**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 05-6519

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEFAVRY TRAVEK GANTT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-01-880; CA-04-2472)

———————

Submitted:  July 27, 2005          Decided:  August 5, 2005

———————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Defavry Travek Gantt, Appellant Pro Se.  Elizabeth Jean Howard,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Defavry Travek Gantt appeals the district court's order denying his motion for an extension of time in which to note an appeal from the underlying order denying relief on his 28 U.S.C. § 2255 (2000) motion. Our review of the record including the opinion of the district court discloses no reversible error. Accordingly, we deny Gantt's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED